FILED

2013 MAY 30 PM 1:43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: ______________

REED E. SCHAPER, Bar No. 082792
rschaper@hkemploymentlaw.com
ROBERT R. FLEMER, Bar No. 228946
rflemer@hkemploymentlaw.com
FERRY LOPEZ, Bar No. 274080
flopez@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendants
VITAS HEALTHCARE CORPORATION
and VITAS HEALTHCARE
CORPORATION OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT – EASTERN DISTRICT

| | |
|---|---|
| JAMIE GILES,<br>Plaintiff,<br>vs.<br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a California corporation; VITAS HEALTHCARE CORPORATION , a Delaware corporation; and DOES 1-25, INCLUSIVE,<br>Defendants. | Case No. ED CV 13 - 00982 JGB (DTBx)<br>(State Court Case No.: CIVDS1302437)<br>**DEFENDANTS' VITAS HEALTHCARE CORPORATION AND VITAS HEALTHCARE CORPORATION OF CALIFORNIA NOTICE OF REMOVAL**<br>[Filed Concurrently with Notice of Interested Parties; Declaration of Robert R. Flemer; Declaration of Tamara McLendon-Coleman; Declaration of Cornita Doran; Civil Cover Sheet]<br>Complaint Filed: March 8, 2013 |

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. sections 1441(a), (b) and 1446, Defendants VITAS HEALTHCARE CORPORATION and VITAS HEALTHCARE CORPORATION OF CALIFORNIA ("Defendants") hereby remove the above-entitled action from the Superior Court of California in and for

the County of San Bernardino to the United States District Court for the Central District of California.

**GROUNDS FOR REMOVAL ON THE BASIS OF DIVERSITY**

**I. REMOVAL JURISDICTION**

This Court has original jurisdiction over this action under 28 U.S.C. section 1332 because this action involves citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

On or about March 8, 2013, Plaintiff Jamie Giles ("Plaintiff") filed a Complaint in the Superior Court of the State of California, in and for San Bernardino County, entitled *Jamie Giles v. Vitas Healthcare Corporation of California, a California corporation; Vitas Healthcare Corporation, a Delaware corporation; and Does 1-25 inclusive*, Case No. CIVDS 1302437 (hereinafter the "Complaint"). (Declaration of Robert R. Flemer ["Flemer Decl."], ¶ 2, Exh. A).

The Complaint purports to state causes of action against Defendants for various state law causes of action related to Plaintiff's employment with Defendants and the termination of her employment therefrom. A Notice to the State Court of Removal is concurrently being filed with the Superior Court of the State of California in and for the County of San Bernardino and is served on Plaintiff, as required under 28 U.S.C. section 1446(d). (Flemer Decl., ¶ 3, Exh. B).

**II. THERE IS COMPLETE DIVERSITY OF CITIZENSHIP**

The Plaintiff here has sued VITAS Healthcare Corporation and VITAS Healthcare Corporation of California in this matter. (Declaration of Tamara McLendon-Coleman ["McLendon-Coleman Decl."], ¶ 2.) VITAS Healthcare Corporation is a corporation organized under the laws of the State of Delaware. (*Id.* at ¶ 3.) VITAS Healthcare Corporation of California is a wholly-owned subsidiary of VITAS Healthcare Corporation, and also is a corporation organized under the laws of the State of Delaware. (*Id.*)

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

Defendants are citizens of: (1) the state in which they are incorporated (Delaware); and (2) the state in which they maintain their "principal place of business." 28 U.S.C. § 1332(c)(1). The U.S. Supreme Court adopted the "nerve center" test to determine a corporation's "principal place of business," which "normally will be the place where the corporation maintains its headquarters—provided that the headquarters is the actual center of direction, control, and coordination, i.e., the "nerve center," and not simply an office where the corporation holds its board meetings." *Hertz v. Friend*, 130 S. Ct. 1181, 1192 (2010). At the time of the filing of the Complaint in this case and as of today, both VITAS Healthcare Corporation and VITAS Healthcare Corporation of California maintain their headquarters in Miami, Florida at 100 South Biscayne Boulevard, Suite 1500, Miami, Florida 33131. (McLendon-Coleman Decl., ¶¶ 4-5.)

At the time of the filing of the Complaint in this case and as of today, the large majority of the officers of VITAS Healthcare Corporation reside and work in the Miami, Florida area and, when decisions are made about the business of VITAS Healthcare Corporation, such decisions are made by those officers in Miami, Florida. (*Id.* at ¶ 4.) The same is true for VITAS Healthcare Corporation of California, which also has the large majority of its officers residing and working in the Miami, Florida area. (*Id.* at ¶ 5.) Accordingly, at the time of the filing of the Complaint in this case and as of today, each Defendant's "principal place of business" is in Florida. As a result, VITAS Healthcare Corporation and VITAS Healthcare Corporation of California are citizens of Delaware and Florida, not California.

Additionally, Plaintiff is domiciled in, and is a citizen of, California, presently and at the time of filing of the Complaint in the Superior Court for the State of California. (Complaint at p. 2, ¶ 1, attached as Exh. A to Flemer Decl.) There is accordingly complete diversity of citizenship.

Hirschfeld Kraemer LLP
Attorneys At Law
Santa Monica

## III. THE AMOUNT IN CONTROVERSY EXCEEDS $75,000

Under 28 U.S.C. section 1332(a), federal district courts have diversity jurisdiction over civil actions where the amount in controversy exceeds $75,000, exclusive of costs and interest.

If the amount in controversy is unclear from the Complaint, removal is proper "if the district court finds, by the preponderance of the evidence, that the amount in controversy exceeds the amount specified in section 1332(a)." 28 U.S.C. § 1446(c)(2)(B) (as amended by Public Law 112-63, effective Dec. 7, 2011; *see also Guglielmino v. McKee Foods Corp.*, 506 F.3d 696, 700-701 (9th Cir. 2007) (court must determine whether it is "more likely than not" that the amount in controversy exceeds $75,000). The Court must consider any "sum which would entail a payment" by the defendant, including damages for lost wages, lost future wages, the value of lost health benefits, compensatory damages, punitive damages, and attorneys' fees. *Guglielmino*, 506 F.3d at 701. In *Guglielmino*, the court approved removal jurisdiction based upon conservative estimates of attorneys' fees of 12.5% of actual damages sought, and punitive damages at a 1:1 ratio with actual damages sought. *See Guglielmino*, 506 F.3d at 700-701.

In her Complaint, Plaintiff seeks unspecified punitive damages and attorneys' fees. (Complaint at p. 15, attached as Exh. A to Flemer Decl.) Plaintiff alleges that her employment was terminated on or about December 5, 2011, which is approximately 77 weeks ago. (*Id.* at p. 5, ¶ 16.) Plaintiff was a Part Time 1 employee for the duration of her employment with VITAS Healthcare Corporation of California, meaning she was classified to work 20-35 hours per week. (Declaration of Cornita Doran ["Doran Decl."], ¶ 2.) Ms. Giles worked at least 24 hours per week, on average. (*Id.*) Plaintiff's hourly rate of pay at the time of her termination was $25.00. (*Id.* at ¶ 3.) This translates to annual pay of at least $31,200.00 and weekly pay of at least $600.00, based upon a 24 hour work week.

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

Plaintiff accordingly seeks more than $46,200 in lost wages, or 77 weeks times her weekly wages of $600.00. Applying *Guglielmino*'s analysis and adding sought punitive damages in a 1:1 ration and attorneys' fees at 12.5% of the actual damages (which Defendants limit to Plaintiff's alleged lost wages for the purposes of this Notice of Removal), the amount in controversy here is no less than $98,175.00, which is clearly in excess of the minimum amount necessary to satisfy diversity jurisdiction.

## IV. THE NOTICE OF REMOVAL IS TIMELY

Removal of a complaint from state court to federal court must be effected within 30 days from the first date from which it can be ascertained that federal subject matter jurisdiction exists. *See, e.g.*, 28 U.S.C. § 1446(b). That statute provides in relevant part:

> The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based …
>
> If the case stated by the initial pleading is not removable, a notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper **from which it may first be ascertained that the case is one which is or has become removable** ...

*Id.* (emphasis added).

In this case, the Complaint was served on April 30, 2013. Defendants ascertained upon the date of service that this case was removable. Removal of this case to the Federal District Court is therefore appropriate and timely pursuant to 28 U.S.C. section 1446(b). *See, e.g., Hillberry v. Wal-Mart Stores East, L.P.*, 2005 U.S. Dist. LEXIS 15942 (W.D. Ky. Aug. 3, 2005).

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

## V. CONCLUSION

For all of the foregoing reasons, removal of this case to federal court is proper. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. sections 1332(a) and 1441.

Dated: May 30, 2013

HIRSCHFELD KRAEMER LLP

By: ______________________

Reed E. Schaper
Robert R. Flemer
Ferry Lopez
Attorneys for Defendants
VITAS HEALTHCARE CORPORATION and VITAS HEALTHCARE CORPORATION OF CALIFORNIA

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SANTA MONICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Jesus Bernal and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

**EDCV13- 982 JGB (DTBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[X] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| | |
|---|---|
| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself [ ] )<br>Jamie Giles | **DEFENDANTS** ( Check box if you are representing yourself [ ] )<br>Vitas Healthcare Corporation and Vitas Healthcare Corporation of California |
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Willie W. Williams<br>Law Offices of Willie W. WIllilams<br>9327 Fairway View Place - Suite 104<br>Rancho Cucacmonga, CA 91370 | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Robert R. Flemer rflemer@HKemploymentlaw.com<br>Hirschfeld Kraemer LLP<br>233 Wilshire Boulevard, Suite 600<br>Santa Monica, California 91401<br>(310) 255-0705 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [X] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [ ] 1. Original Proceeding
- [X] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No [ ] **MONEY DEMANDED IN COMPLAINT: $** ________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Removal pursuant to diversity, 28 U.S.C. § 1441 (A)(B), 28 U.S.C. § 1332

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/Etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Org.
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Info. Act
- [ ] 896 Arbitration
- [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- [ ] 153 Recovery of Overpayment of Vet. Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Fed. Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury-Med Malpratice
- [ ] 365 Personal Injury-Product Liability
- [ ] 367 Health Care/Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**TORTS — PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [X] 442 Employment
- [ ] 443 Housing/Accomodations
- [ ] 445 American with Disabilities-Employment
- [ ] 446 American with Disabilities-Other
- [ ] 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus/Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405 (g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: ED CV 13 - 00982 JGB (DTBx)

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.



MAY 30 2013

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? [X] NO [ ] YES

If yes, list case number(s): ______

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? [X] NO [ ] YES

If yes, list case number(s): ______

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
- [ ] A. Arise from the same or closely related transactions, happenings, or events; or
- [ ] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ] Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ] Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Florida and Delaware |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District: * | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAn Bernardino County | |

*** Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: 5/30/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |