REED E. SCHAPER, Bar No. 082792
rschaper@hkemploymentlaw.com
ROBERT R. FLEMER, Bar No. 228946
rflemer@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986

Attorneys for Defendants
VITAS HEALTHCARE CORPORATION
OF CALIFORNIA and  VITAS
HEALTHCARE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT

| | |
|---|---|
| JAMIE GILES, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a California corporation; VITAS HEALTHCARE CORPORATION, a Delaware corporation; and DOES 1-25, inclusive,<br><br>　　　　　Defendants. | Case No.  EDCV 13-982 GW (DTBx)<br><br>**[PROPOSED] PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION AND DOCUMENTS**<br><br>**Judge:**　Hon. George H. Wu<br>**Ctrm:**　10 (Los Angeles)<br><br>**Judge:**　David T. Bristow<br>**Ctrm:**　4 (Riverside) |

Having considered the Parties' Joint Stipulation and [Proposed] Protective Order Re: Confidential Information and Documents in this matter,

IT IS HEREBY ORDERED that the Parties' Joint Stipulation and [Proposed] Protective Order Re: Confidential Information and Documents be entered.

**IT IS SO ORDERED.**

DATED:  November 6, 2013      _____
                                                                Honorable David T. Bristow