JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE GILES, an individual,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>VITAS HEALTHCARE CORPORATION OF CALIFORNIA, a California corporation; VITAS HEALTHCARE CORPORATION, a Delaware corporation; and DOES 1-25, inclusive,<br><br>　　　　　　Defendants. | Case No.  ED CV 13-00982-GW(DTBx)<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

　　　Based upon the stipulation between the parties and their respective counsel,

///

///

1 it is hereby ORDERED that this action is hereby dismissed with prejudice in its
2 entirety, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(2).
3     IT IS SO ORDERED.

Dated: February 28, 2014

BY THE COURT

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT